**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 98-cr-00161-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEON L. JONES,

    Defendant.

---

**ORDER CONTINUING SUPERVISED RELEASE**

---

    This matter was before the Court for a supervised release violation hearing on November 30, 2012, upon report of the probation officer that Defendant Jones has violated the terms and conditions of his supervision. On July 13, 2012, Defendant admitted violations 1 through 7, as alleged in the probation officer's petition. Between July 13 and November 30, 2012, however, Defendant made a genuine effort and was in compliance with all conditions of Supervised Release. Accordingly, it is

    ORDERED that Defendant's term of supervised release be continued and that all previously imposed conditions shall remain in full force and effect.

    DATED at Denver, Colorado, this  12th   day of December, 2012.

                                                       BY THE COURT:

                                                       _____
                                                       CHRISTINE M. ARGUELLO
                                                       United States District Judge